IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ENCODITECH LLC | § | |
| | § | |
| v. | § | CASE NO. 6:17cv354-RWS-JDL |
| | § | |
| FOSSIL GROUP, INC. | § | |

## FINAL JUDGMENT

Pursuant to the Notice of Voluntary Dismissal, the Court hereby enters Final Judgment.

Plaintiff Encoditech LLC filed suit against Defendant Fossil Group, Inc. on June 14, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 25th day of July, 2017.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE